UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG -5 2014

CLERK U.S. DISTRICT COURT
By _____
Deputy

MINUTE ORDER

| | |
|---|---|
| Hearing: | Sentencing - **NON-EVIDENTIARY** |
| Case number: | 4:14-CR-144-Y (1) |
| Defendant: | KENNETH JOHNSON |
| Court Reporter: | Ana Warren |
| Interpreter: | N/A |
| US attorney: | Joshua Burgess for Daniel Preston Cole |
| Defense attorney: | William Hermesmeyer, attorney for the defendant |
| Time in Court: | 10 mins. |
| Judge: | Judge Terry R. Means |
| Date of hearing: | August 5, 2014 |
| Status: | Guilty plea accepted as to count one of the one-count information. Custody of Federal Bureau of Prison: 3 months. This sentence shall run consecutively to the defendant's sentence in the Western District of Arkansas, Texarkana division, case no. 4:11CR40037-009. No Fine No Restitution Supervised release: one year to run concurrently with the defendant's term of supervised release in case no. 4:11CR40037-009, in the Western District of Arkansas. MSA: $100 due immediately The defendant's custody/detention is continued. |
| Days in Court: | One |
| Hearing concluded: | Yes |
| Deputy Clerk: | Carmen Bush |
| US probation officer: | Staci Bradford |