# United States District Court

NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | Case number: 4:14-CR-144-Y (1) |
| | Daniel Preston Cole, assistant U.S. attorney |
| KENNETH JOHNSON | William Hermesmeyer, attorney for the defendant |

On July 16, 2014, the defendant, Kenneth Johnson, entered a plea of guilty to count one of the one-count information filed on July 3, 2014. Accordingly, the defendant is adjudged guilty of such count, which involves the following offense:

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 1791(a)(2) & (b)(3) | Possessing Contraband in Prison, a Class D felony | April 5, 2013 | One |

The defendant is sentenced as provided in pages one through two of this judgment. The sentence is imposed pursuant to Title 18, United States Code § 3553(a), taking the guidelines issued by the United States Sentencing Commission pursuant to Title 28, United States Code § 994(a)(1), as advisory only.

The defendant shall pay immediately a special assessment of $100 for count one of the one-count information.

The defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed August 5, 2014.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed August 6, 2014.

Judgment in a Criminal Case
Defendant: Kenneth Johnson
Case Number: 4:14-CR-144-Y (1)

Judgment -- Page 2 of 2

## IMPRISONMENT

The defendant, Kenneth Johnson, is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 3 months on count one of the one-count information. This sentence shall run consecutively to the defendant's sentence in the Western District of Arkansas, Texarkana division, case no. 4:11CR40037-009.

The defendant is remanded to the custody of the United States marshal.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of one year, to run concurrently with the defendant's term of supervised release in case no. 4:11CR40037-009 in the Western District of Arkansas. While on supervised release, the defendant shall comply with all of the conditions set out in the Judgment in a Criminal Case entered August 31, 2012, in case no. 4:11CR40037-009 in the United States District Court for the Western District of Arkansas, Texarkana division.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

United States marshal

BY _____
deputy marshal